Undisputed Legal Inc.  
590 Madison Ave 21st floor  
New York, NY 10022

INVOICE: 5187318  
Issued: Dec 21, 2020

**Manchanda Law Office, PLLC.**  
Rahul D. Manchanda, Esq.  
30 Wall St SUITE # 8207 / 8TH FLOOR  
New York, NY 10005

PAY TO:  
**Undisputed Legal Inc.**  
590 Madison Ave 21st floor  
New York, NY 10022

| Case: | 1:20-CV-10745 | Plaintiff / Petitioner: | Rahul manchanda |
|---|---|---|---|
| Job: | 5187318 | Defendant / Respondent: | Internal Revenue Service, et al., |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SOP BY MAIL | T FAHMAN | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 21, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00  
Amount Paid: ($50.00)  
**Balance Due: $0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

# AFFIDAVIT OF SERVICE BY MAIL

United States District Court; Southern District of New York,
Plaintiff / Petitioner: Rahul Manchanda
vs.
Defendant / Respondent: Internal Revenue Service, et al.,

CASE NO: 1:20-CV-10745

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Dec 21 2020 deponent served the within:
**Summons and Complaint** on T FAHMAN at the address 1040 WAVERLY PLACE, HOLTSVILLE, NY 11742 by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 12/21/2020 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on the 12.22.20

*Notary Public - State of New York*
No.
Qualified in
Commission Expires:

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6393781
Qualified in New York County
Commission Expires Nov. 26, 2022

Nasim Dehghani — 12.22.20

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

Undisputed Legal Inc.
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 5187314
Issued: Dec 21, 2020

**Manchanda Law Office, PLLC.**
Rahul D. Manchanda, Esq.
30 Wall St SUITE # 8207 / 8TH FLOOR
New York, NY 10005

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:20-CV-10745 | Plaintiff / Petitioner: | Rahul manchanda |
|---|---|---|---|
| Job: | 5187314 | Defendant / Respondent: | Internal Revenue Service, et al., |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SOP BY MAIL | SUSAN MCNAMARA | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 21, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00
Amount Paid: ($50.00)
**Balance Due:** **$0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

# AFFIDAVIT OF SERVICE BY MAIL

United States District Court; Southern District of New York,
Plaintiff / Petitioner: Rahul Manchanda
vs.
Defendant / Respondent: Internal Revenue Service, et al.,

CASE NO: 1:20-CV-10745

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Dec 21 2020 deponent served the within:
**Summons and Complaint** on SUSAN MCNAMARA at the address 1040 WAVERLY PLACE, HOLTSVILLE, NY 11742 by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 12/21/2020 via:

First Class Mail Envelope marked "Personal and Confidential".

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked "Personal and Confidential".

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on 12-22-20

Notary Public - State of New York
No.
Qualified in
Commission Expires:

BRIAN D. RICKS
Notary Public, State of New York
Reg. No. 01RI6363781
Qualified in New York County
Commission Expires Nov. 26, 2022

Nasim Dehghani   12-22-20

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

Undisputed Legal Inc.
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 5187311
Issued: Dec 21, 2020

**Manchanda Law Office, PLLC.**
Rahul D. Manchanda, Esq.
30 Wall St SUITE # 8207 / 8TH FLOOR
New York, NY 10005

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:20-CV-10745 | Plaintiff / Petitioner: | Rahul manchanda |
|---|---|---|---|
| Job: | 5187311 | Defendant / Respondent: | Internal Revenue Service, et al., |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SOP BY MAIL | ERICA FARRELL | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 21, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00
Amount Paid: ($50.00)
**Balance Due: $0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

# AFFIDAVIT OF SERVICE BY MAIL

United States District Court; Southern District of New York,
Plaintiff / Petitioner: Rahul Manchanda
vs.
Defendant / Respondent: Internal Revenue Service, et al.,

CASE NO: 1:20-CV-10745

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Dec 21 2020 deponent served the within:
**Summons and Complaint** on ERICA FARRELL at the address 1040 WAVERLY PLACE, HOLTSVILLE, NY 11742 by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 12/21/2020 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on the 12-22-20

*Notary Public - State of New York*
BRYAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6303781
Qualified in New York County
Commission Expires Nov. 26, 2022

No.
Qualified in
Commission Expires:

Nasim Dehghani — 12-22-20

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

Undisputed Legal Inc.  
590 Madison Ave 21st floor  
New York, NY 10022

INVOICE: 5187222  
Issued: Dec 21, 2020

**Manchanda Law Office, PLLC.**  
Rahul D. Manchanda, Esq.  
30 Wall St SUITE # 8207 / 8TH FLOOR  
New York, NY 10005

PAY TO:  
**Undisputed Legal Inc.**  
590 Madison Ave 21st floor  
New York, NY 10022

| Case: | 1:20-CV-10745 | Plaintiff / Petitioner: | Rahul manchanda |
|---|---|---|---|
| Job: | 5187222 | Defendant / Respondent: | Internal Revenue Service, et al., |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| SOP BY MAIL | U.S. Attorneys Office SDNY | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 21, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00  
Amount Paid: ($50.00)  
**Balance Due: $0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

# AFFIDAVIT OF SERVICE BY MAIL

United States District Court; Southern District of New York,
Plaintiff / Petitioner: **Rahul Manchanda**
vs.
Defendant / Respondent: **Internal Revenue Service, et al.,**

CASE NO: **1:20-CV-10745**

I <u>Nasim Dehghani</u> being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on <u>Mon, Dec 21 2020</u> deponent served the within:
**Summons and Complaint** on **U.S. Attorneys Office SDNY** at the address **1 Saint Andrews Plaza New York, NY, 10007** by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within <u>10007</u>. State, Mailed on <u>12/21/2020</u> via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on __12·22·20__

_Notary Public - State of New York_
No.
Qualified in
Commission Expires:

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6333781
Qualified in New York County
Commission Expires Nov. 26, 2022

Nasim Dehghani   12-22-20

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 5187304
Issued: Dec 21, 2020

**Manchanda Law Office, PLLC.**
Rahul D. Manchanda, Esq.
30 Wall St SUITE # 8207 / 8TH FLOOR
New York, NY 10005



PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:20-CV-10745 | Plaintiff / Petitioner: | Rahul manchanda |
|---|---|---|---|
| Job: | 5187304 | Defendant / Respondent: | Internal Revenue Service, et al., |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | U.S. ATTORNEY GENERAL AT U.S. DEPARTMENT OF JUSTICE | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 21, 2020 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00
Amount Paid: ($50.00)
**Balance Due: $0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

# AFFIDAVIT OF SERVICE BY MAIL

United States District Court; Southern District of New York,
Plaintiff / Petitioner: Rahul manchanda
vs.
Defendant / Respondent: Internal Revenue Service, et al.,

CASE NO: 1:20-CV-10745

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Mon, Dec 21 2020 deponent served the within:
Summons and Complaint on U.S. ATTORNEY GENERAL AT U.S. DEPARTMENT OF JUSTICE at the address 950 PENNSYLVANIA AVENUE NW, WASHINGTON , DC 20530 by enclosing a copy of same in a postpaid wrapped properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 12/21/2020 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[X] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(7020 1810 0001 1448 3439).

Sworn to me on the ___12-22-20___

_____
Notary Public - State of New York
BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6380781
Qualified in New York County
Commission Expires Nov. 26, 2022
No.
Qualified in
Commission Expires:

_____ 12-22-20
Nasim Dehghani

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022