UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rahul Manchanda,

                      Plaintiff,

- against -

Internal Revenue Service *et al.*,

                      Defendants.

ECF CASE

No. 20 Civ. 10745 (ALC)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for the Internal Revenue Service and the named individual defendants in their official capacities and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         December 28, 2020

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney for the
                                      Southern District of New York

                    By:    /s/ Jeffrey Oestericher
                               JEFFREY OESTERICHER
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Telephone: (212) 637-2695
                               Facsimile:  (212) 637-2730
                               Email:  Jeffrey.Oestericher@usdoj.gov