UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MANCHANDA,

                      **Plaintiff,**

      v.

**INTERNAL REVENUE SERVICE, ET AL.,**

                      **Defendants.**

------------------------------------------------------------- : x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/28/2020__

1:20-cv-10745-ALC

<u>ORDER TO SHOW CAUSE</u>

**ANDREW L. CARTER, JR., District Judge:**

On December 26, 2020, Plaintiff filed a Proposed Order to Show Cause with Emergency Relief seeking a temporary restraining order and preliminary injunction against the Internal Revenue Service. ECF No. 4. Upon consideration of the Proposed Order and Affidavits filed in support thereof, the Court hereby DENIES Plaintiff's request for a Temporary Restraining Order.

Defendants are ORDERED TO SHOW CAUSE why they should not be enjoined from unauthorized disclosure of tax return information under IRC 7431 and 7231, unauthorized collection under IRC 7433, failure to release tax levies and tax liens unreasonably under IRC 7432, intentional negligent or reckless infliction of physical and emotional distress, and violating the FTCA for personal injury and property damage. Defendants are ORDERED to make such showing in writing by January 11, 2021. Plaintiff may make a reply by January 18, 2021. The Court will schedule a hearing regarding this matter by a separate order.

Plaintiff is ORDERED to serve this ORDER on Defendants, and file proof of service, by December 30, 2020.

**SO ORDERED.**

**Dated: December 28, 2020**
      **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**