UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MANCHANDA,

                              Plaintiff,

    v.                                           1: 20-cv-10745-ALC

**ORDER**

INTERNAL REVENUE SERVICE, ET AL.,

                              Defendants.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2021

**ANDREW L. CARTER, JR., District Judge:**

      The Court's December 28, 2020 Order, ECF No. 7, indicated that it would schedule a show cause hearing by a subsequent order. The Court hereby sets a telephonic show cause hearing for January 21, 2021 at 10:00 a.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

      On December 30, 2020, Plaintiff filed a Motion for Sanctions without seeking prior approval of the Court. ECF Nos. 9-10. This Court's Individual Practices require a party to request a pre-motion conference to seek leave to file a motion of this sort. Individual Practices of Andrew L. Carter Jr, ¶ 2. The Clerk of Court is therefore respectfully directed to strike documents number 9 and 10 from the docket, but retain the summary docket text for the record. Plaintiff may file a pre-motion conference letter if Plaintiff wishes to proceed with a motion for sanctions.

**SO ORDERED.**
**Dated: January 7, 2021**
      **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**