UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL D. MANCHANDA,<br><br>          Plaintiff,<br><br>   -v-<br><br>INTERNAL REVENUE SERVICE, T.<br>FAHMAN, SUSAN MCNAMARA, ERICA<br>FARRELL, JANE DOES 1-10, Current and<br>Former Employees of IRS,<br><br>          Defendants. | 20 Civ. 10745 (ALC) |

## DECLARATION OF ALEX LAU

I, Alex Lau, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I declare that the following statements are true and correct to the best of my knowledge and belief and are based upon my personal knowledge and/or my review of information contained in the records of the Internal Revenue Service ("IRS").

2.      I am currently employed by the IRS as a Revenue Officer Advisor in Advisory Territory 1 ("Advisory") of Civil Enforcement Advice and Support Operations.  I have served in this position since 2010.  I have been employed by the IRS since 2009.

3.      As a Revenue Officer Advisor, I am familiar with the process by which Advisory tracks and processes administrative claims submitted to the IRS under 26 U.S.C. §§ 7432 and 7433.  Upon receipt of such a claim by Advisory, an Official Investigation ("OI") is opened for the claim in the Integrated Collection System ("ICS") and the OI is assigned to a Revenue Officer Advisor.  The assigned Revenue Officer Advisor records any actions taken or other activity related to the OI in ICS.

1

4.      On January 6, 2021, I reviewed all information in ICS related to Plaintiff.  ICS did not contain a record of any administrative claim filed by Plaintiff under section 7432 or section 7433.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 6, 2021

_Alex Lau_

_____
ALEX LAU
Revenue Agent Advisor
Internal Revenue Service