UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL D. MANCHANDA,<br><br>                Plaintiff,<br><br>  -v-<br><br>INTERNAL REVENUE SERVICE, T. FAHMAN, SUSAN MCNAMARA, ERICA FARRELL, JANE DOES 1-10, Current and Former Employees of IRS,<br><br>                          Defendants. | 20 Civ. 10745 (ALC) |

## CERTIFICATE OF SERVICE

I, Jeffrey Oestericher, an Assistant United States Attorney for the Southern District of New York, hereby certify that on January 11, 2021, I caused (1) a copy of Defendants' memorandum of law in opposition to Plaintiff's motion for a preliminary injunction; (2) the declarations of Mary-Ellan Krcha, dated January 5, 2021, and Alex Lau, dated January 6, 2021, filed in support thereto; and (3) copies of all unpublished decisions cited in Defendants' memorandum of law to be served on *pro se* Plaintiff Raul D. Manchanda. These documents were served by the United States Postal Service at the following address: Rahul D. Manchanda; Manchanda Law Office PLLC; 30 Wall Street, Suite 8207; New York, NY 10005.

Dated: January 11, 2021
      New York, New York

                                         */s/ Jeffrey Oestericher*
                                         JEFFREY OESTERICHER
                                         Assistant United States Attorney
                                         86 Chambers Street, 3rd Floor
                                         New York, New York 10007
                                         Tel:   (212) 637-2800
                                         Fax:  (212) 637-2730
                                         Email: Jeffrey.Oestericher@usdoj.gov