**TABLE OF AUTHORITIES**

Cases                                                                    Page(s)

Natera, Inc. v. Bio-Reference Labs., Inc.,
2016 WL 7192106 (S.D.N.Y. Dec. 10, 2016).......................5

Andino v. Fischer,
555 F. Supp. 2d 418 (S.D.N.Y. 2008)..........................5, 6

CF 135 Flat LLC v. Triadou SPY N.A.,
2016 WL 2349111(S.D.N.Y. May 3, 2016).........................5

NAACP v. Town of E. Haven,
70 F.3d 219 (2d Cir. 1995)....................................6

Almontaser v. N.Y.C. Dep't of Educ.,
519 F.3d 505 (2d Cir. 2008)...................................6

Faiveley Transport Malmo AB v. Wabtec Corp.,
559 F.3d 110 (2d Cir. 2009)...................................6

Connecticut Dep't of Envtl. Prot. v. O.S.H.A.,
356 F.3d 226 (2d Cir. 2004)...................................7

Statharos v. New York City Taxi & Limousine Comm'n,
198 F.3d 317 (2d Cir. 1999)...................................7

Jolly v. Coughlin,
76 F.3d 468 (2d Cir. 1996)....................................7

Sajous v. Decker,
2018 WL 2357266 (S.D.N.Y. May 23, 2018).......................8

Zadvydas v. Davis,
533 U.S. 678 (2001)...........................................8

City of New York v. Wolfpack Tobacco,
2013 U.S. Dist. LEXIS 129103 (S.D.N.Y. Sept. 9, 2013).........9

Calderon v. United States,
123 F.3d 947 (7th Cir. 1997).................................10

O'Shea v. Littleton,
414 U.S. 488 (1974)..........................................12

Shain v. Ellison,
356 F.3d 211 (2d Cir. 2004)..................................12

Ornstein v New York City Health & Hosps. Corp.,
10 NY3d 1, 881 N.E.2d 1187, 852 N.Y.S.2d 1 (2008)..........16, 17

Baumann v Hanover Community Bank,
2012 NY Slip Op 07947 [100 AD3d 814].......................16, 17

Kennedy v. McKesson Company,
88 A.D.2d 785 (N.Y. App. Div. 1982)............................17

Clarke v. Wallace Oil Company,
284 A.D.2d 492, 727 N.Y.S.2d 139 (N.Y. App. Div. 2001).........17

Freedom Holdings Inc. V Spitzer,
408 F.3d 112 (2d Cir. 2005)....................................17

Genger v. Genger,
2010 NY Slip Op. 33929 (Sup. Ct. N.Y. County July 2, 2010).....18

Ma v. Lien,
198 A.D.2d 186, 604 N.Y.S.2d 84 (1st Dept. 1993)...............18

Winter Bros. Recycling Corp. v. Jet Sanitation Serv. Corp.,
2009 NY Slip Op. 50753 (Sup. Ct. Nassau County 2009)...........18

Fischer v. Deitsch,
168 A.D.2d 599, 601 (2d Dept. 1990)............................18

Statutes

26 U.S.C. § 7431..........................................passim

26 U.S.C. § 7213..........................................passim

26 U.S.C. § 7433..........................................passim

26 U.S.C. § 7432..........................................passim

28 U.S.C. § 1346...............................................1

47 U.S.C. § 230................................................2

26 U.S.C. § 6015(e).............................................3

26 U.S.C. § 6212(a).............................................3

26 U.S.C. § 6212(c).............................................3

26 U.S.C. § 6213(a).............................................3

26 U.S.C. § 6232(c).............................................3

26 U.S.C. § 6330(e)(1) ................................................... 3

26 U.S.C. § 6331(I) ....................................................... 3

26 U.S.C. § 6672(c) ....................................................... 3

26 U.S.C. § 6694(c) ....................................................... 3

26 U.S.C. § 7426(a) ....................................................... 3

26 U.S.C. § 7426(b)(1) .................................................... 3

26 U.S.C. § 7429(b) ....................................................... 3

26 U.S.C. § 7436 .......................................................... 3

28 U.S.C. § 2675(a) ....................................................... 4

28 U.S.C. § 2401(b) ....................................................... 4

U.S. Const. amend. V ...................................................... 8

U.S. Const. amend. XIV, § 1 ............................................... 8

28 U.S.C. § 2680 ......................................................... 10

26 U.S.C. § 6103 .................................................... passim

26 U.S.C. § 6304(b) ...................................................... 19

15 U.S.C. § 1692e ................................................... passim

26 U.S.C. § 6304 .................................................... passim

15 U.S.C. § 1692c ........................................................ 20

26 U.S.C. § 7602(c) ...................................................... 20

26 U.S.C. § 7602(c)(1) ................................................... 20

26 U.S.C. § 7602(c)(2) ................................................... 20

26 U.S.C. § 7803(a)(3) .............................................. passim

26 U.S.C. § 7433(b) ...................................................... 22

26 U.S.C. § 6304(a) ...................................................... 23

15 U.S.C. § 1692d ........................................................ 23