# EXHIBIT B

Services offered by a private company, not the IRS.

CONSUMER SUPPORT - FEDERAL INCOME TAX DEBT        TAXATION APPEALS

(800)498-4601                                     SE HABLA ESPANOL
MONDAY - SATURDAY

NOTICE DATE: 12/3/2020

RE:     Rahul Dev Manchanda
        PIN No.:
        Tax: Federal Taxing Authority
        Amount Due: $82,166.60

TAXPAYER LEGAL NAME AND ADDRESS

                                T4 P1 676
                                69756
Rahul Dev Manchanda
1 Columbus Pl Apt S47C
New York NY 10019-8216

## *** NOTICE OF LIEN FILED IN COUNTY ***

Dear Rahul Dev Manchanda,

**Please respond immediately for the best opportunity to suspend any additional fees and penalties.** You have been sent numerous corespondences and you have not responded as of this notice.

### A LIEN HAS BEEN FILED AGAINST YOU DUE TO YOUR FAILURE TO PAY YOUR TAXES TO THE FEDERAL TAXING AUTHORITY

| | |
|---|---|
| **BALANCE DUE:** | $82,166.60 |
| **LIEN FILED ON:** | 12/3/2020 |
| **NOTICE DATE:** | 12/3/2020 |

This lien will remain on record and against you and all your current and future assets until the balance due, current and future interest, fees, penalties and any and all associated charges that are allowable by law are paid in full. This lien may affect your credit rating, ability to buy or rent a home, car, truck or other assets.

In addition, until your balance is zero ($0.00), the Federal Taxing Authority may pursue other collection actions including taking money from your paycheck or Social Security Benefits, your entire tax refund, and money in your bank or savings account(s). They may even elect to revoke your business or automobile license and/or pursue criminal prosecution.

### CALL FOR DEBT DISMISSAL OR REDUCTION

### CALL
### (800)498-4601
MONDAY - SATURDAY

We are a private company not the government, do not represent or collect on behalf of any government agency. This notice was generated from a public lien filing regarding income tax, some values are estimated. No results are guaranteed.

You have mail and packages arriving soon.                              12/24/2020

 **COMING TO YOUR MAILBOX SOON.**

✉ **MAIL**

View all mail on dashboard >

### Notice of delivery service impacts

USPS® is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19.

We appreciate your patience and remain committed to delivering the holidays to you.

 **UNITED STATES POSTAL SERVICE.**

Please note, no physical mail is associated with this notification.

Click here to learn more     FROM   USPS

Learn More >

---

TAX CITATIONS AND APPEALS
CONSUMER SUPPORT DIVISION



FIRST-CLASS MAIL

PERSONAL AND CONFIDENTIAL
IMPORTANT INCOME TAX DOCUMENTS ENCLOSED

Rahul Dev Manchanda
1 Columbus Pl Apt BFC
New York, NY 10019-8258

21 Inbox

USPS Informed Delivery Dec 21
to me

You have mail and packages arriving soon.    12/21/2020

**COMING TO YOUR MAILBOX SOON.**

MAIL

View all mail on dashboard >



MANCHANDA
URGENT: TAX LIEN
To be opened by the addressee ONLY

Rahul Dev Manchanda
1 Columbus Pl Apt 847C
New York NY 10019-8214

IMPORTANT DOCUMENT ENCLOSED



12:59

   


 to me

You have mail and packages arriving soon.   12/15/2020

 **COMING TO YOUR MAILBOX SOON.**



MAIL

View all mail on dashboard >



Tax Lien Filed
Filing Date: 12/3/2020
Tax Lien ID #
Tax Relief Document

TO BE OPENED BY ADDRESSEE ONLY

FIRST-CLASS MAIL

Rahul Dev Manchanda
1 Columbus Pl Apt G47C
New York NY 10019-8214



2020

CONFIDENTIAL

**TAX CITATIONS AND APPEALS**
CONSUMER SUPPORT DIVISION

**PERSONAL AND CONFIDENTIAL**
**IMPORTANT INCOME TAX DOCUMENTS ENCLOSED**



FIRST-CLASS MAIL



1:02

    

# Your Daily Digest for Mon, Dec 14  Inbox



 USPS Informed Delive... Dec 14  
to me ∨

You have mail and packages arriving soon.    12/14/2020

 **COMING TO YOUR MAILBOX SOON.**



View all mail on dashboard >



SEE OTHER SIDE FOR OPENING INSTRUCTIONS

INCOME TAX SETTLEMENT REDUCTION OFFER AS MAILED AT 08/08-12/20
800-491-6296
Se Habla Español

RAHUL DEV MANCHANDA
1 COLUMBUS PL APT S27C
NEW YORK NY 10019-8216



1:08

< Recents

**+1 (720) 381-3267**
Denver, CO

| message | call | video | mail | pay |

Yesterday
5:21 PM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

 Favorites   Recents   Contacts   Keypad   Voicemail

1:08

< Recents



+1 (303) 597-1753
Denver, CO

  
message  call  video  mail  pay

Today
10:48 AM  Missed Call

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

    
Favorites  Recents  Contacts  Keypad  Voicemail

**Subject:** Message
**From:** "Wall Street Receptionist" <messages@yourwallstreetoffice.com>
**Date:** 12/29/2020, 5:43 PM
**To:** info@manchanda-law.com

## Form Completed (Message Form)

### Details

| | |
|---|---|
| **Client:** | 8207 Manchanda Law Office PLLC |
| **Contact:** | Rahul Manchanda |
| **Caller:** | 17203813267 |
| **Date:** | 12/29/2020 5:43:31 PM |
| **From:** | Ms. Kaylan |
| **Co:** | 2020 Tax Resolutions |
| **Tel:** | 877 208 5857 ext.121 |
| **Re:** | PT/Denied, To: Tax matter from a few weeks. Please call when you get a chance. |