# Exhibit D



11800 Ridge Parkway, Suite #400
Broomfield, CO 80021
PH: 877.241.3177
FX: 303.938.9986

www.2020TAXRESOLUTION.com

1-877-241-3177

December 30, 2020

**se habla español**

T2 **********AUTO**MIXED AADC 800 IJB-60
Rahul D Manchanda
1 Columbus Pl Apt S47c
New York, NY 10019-8216



Dear Rahul,

As you are probably aware, a Federal Tax Lien was filed against your assets on December 3, 2020 in the amount of $82,166.00.

**Get immediate relief.**
20/20 Tax Resolution will quickly assess your unique circumstance, form a solution that works for you and take immediate action to resolve the situation. The IRS, state taxing authorities and other collection agencies will deal directly with us – leaving you alone.

> Visualize:
> … no tax liens
> … no harassment from the IRS, state taxing authorities and collection agencies
> … no income garnishment
> … no bank or accounts receivable levies
> … no IRS threats to seize your assets

**Tax lien solutions are <u>ALL</u> we do.**
Unlike most CPAs and attorneys, our specialty is tax negotiation. Our knowledge and experience saves our clients money and stress. Depending on your unique situation, we can:
- Strike affordable payment arrangements
- Settle tax debts for a fraction of what is owed
- Stop collection activity and harassment

Our tax resolution experts would be happy to collaborate with your CPA or attorney. In fact, many CPAs and attorneys refer their clients to us because we are the tax lien solution experts.

**Your situation requires the highest degree of skill and hands-on attention.**
Do not entrust your future to anyone less than the best. Ask about our references from both clients and industry professionals. We can demonstrate our success time and again. Our philosophy of personalized customer service sets us apart and, from your first contact with 20/20, you will clearly see the difference.

Whatever you choose to do, <u>ACT NOW</u> because waiting may result in further debt, additional liens and asset seizures. Call me for a free evaluation and consultation. I will personally go over your situation in detail and will address all of your questions. You can reach me at **1-877-241-3177** or via email at **jblake@2020taxresolution.com**. I look forward to hearing from you.

Sincerely,

*Justin Blake*
Justin Blake
**Senior Tax Advisor**
www.2020taxresolution.com

    

