**FAZZIO LAW OFFICES**
John P. Fazzio, Esq. (JF1752)
305 Broadway, 7th Floor
New York, NY 10007
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| RAHUL MANCHANDA, | NOTICE OF APPERANCE |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| INTERNAL REVENUE SERVICE ("IRS"), T FAHMAN, ERICA FARRELL, SUSAN MCNAMARA, CURRENT AND FORMER EMPLOYEES OF IRS JANE DOES 1-10, | INDEX NO. 1:20-cv-10745-ALC |
| Defendants, | |

-------------------------------------------------------x

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that our offices represent RAHUL MANCHANDA in the above-captioned action. Please enter my appearance on behalf of said Plaintiff and place my name and address on the distribution list, and direct copies of all notices in this District Court proceeding, regardless of form, to the following:

John P. Fazzio, Esq.
Fazzio Law Offices
305 Broadway, 7th Floor
New York, NY 10007
jfazzio@fazziolaw.com
Phone: (201) 529-8024
Fax (201) 529-8011

**FAZZIO LAW OFFICES**

Dated: February 3, 2021

*s/ John P. Fazzio. Esq.*
JOHN P. FAZZIO, ESQ. (JF1752)