**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/8/2021__
```

-------------------------------------------------------------x

MANCHANDA,

                              **Plaintiff,**

          **v.**

INTERNAL REVENUE SERVICE, ET AL.,

                          **Defendants.**

:    **1: 20-cv-10745-ALC**
:    <u>**ORDER**</u>

-------------------------------------------------------------: x

**ANDREW L. CARTER, JR., District Judge:**

        At the January 21, 2021 hearing, the Court directed the parties to file a joint status report by February 4, 2021. To date, no joint status report has been filed. The Court is aware that Plaintiff Manchanda has retained counsel. The Court therefore *sua sponte* extends the deadline for a joint status report to February 18, 2021 to permit newly retained counsel to confer with Defendant Internal Revenue Service.

**SO ORDERED.**
**Dated: February 8, 2021**
      **New York, New York**

                                  _____
                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**