UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL D. MANCHANDA,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT,<br><br>        Defendants. | **NOTICE OF MOTION**<br><br>20 Civ. 10745 (ALC) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants Internal Revenue Service and United States Government's ("Defendants") Motion to Dismiss the Amended Complaint, the Declaration of Mary-Ellan Krcha, dated April 6, 2021 (with accompanying exhibits), and the Declaration of Alex Lau, dated April 8, 2021, Defendants, by their attorney, Audrey Strauss, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: April 14, 2021
       New York, New York

                                  AUDREY STRAUSS
                                  United States Attorney for the
                                  Southern District of New York
                                  *Attorney for Defendants*

                                  /s/ Jeffrey Oestericher
                                  JEFFREY OESTERICHER
                                  Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York 10007
                                  Tel:    (212) 637-2695
                                  Email: Jeffrey.Oestericher@usdoj.gov