UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL D. MANCHANDA,<br><br>     Plaintiff,<br><br> -v-<br><br>INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT,<br><br>     Defendants. | 20 Civ. 10745 (ALC) |

## **DECLARATION OF ALEX LAU**

I, Alex Lau, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

  1.  I declare that the following statements are true and correct to the best of my knowledge and belief and are based upon my personal knowledge and/or my review of information contained in the records of the Internal Revenue Service ("IRS").

  2.  I am currently employed by the IRS as a Revenue Officer Advisor in Advisory Territory 1 ("Advisory") of Civil Enforcement Advice and Support Operations. I have served in this position since 2010. I have been employed by the IRS since 2009.

  3.  As a Revenue Officer Advisor, I am familiar with the process by which Advisory tracks and processes administrative claims submitted to the IRS under 26 U.S.C. § 7433. Upon receipt of such a claim by Advisory, an Official Investigation ("OI") is opened for the claim in the Integrated Collection System ("ICS") and the OI is assigned to a Revenue Officer Advisor. The assigned Revenue Officer Advisor records any actions taken or other activity related to the OI in ICS.

1

4. In order to submit a valid administrative claim under 26 U.S.C. § 7433, a taxpayer must submit a written claim that contains all of the information specified in 26 C.F.R. § 301.7433-1(e).

5. On January 6, 2021, I reviewed all information in ICS related to Plaintiff. ICS did not contain a record of any administrative claim filed by Plaintiff under 26 U.S.C. § 7433.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2021

*Alex Lau*

ALEX LAU
Revenue Officer Advisor
Internal Revenue Service