Department of the Treasury
Internal Revenue Service
Centralized OIC
PO Box 9011 Stop 682
Holtsville, NY 11742

Date of this Letter: SEP 1 3 2019

Person to Contact:
Mr. J. Patton
Employee #: 0182147377
Phone#: (844) 805-4980
08:00am-08:00pm Mon-Fri

Taxpayer ID#: ***-**-8453
Offer Number: 1001573550

RAHUL D MANCHANDA
1 WEST END AVENUE, APT 14B
NEW YORK, NY 10023

Dear Rahul D Manchanda,

We received your Offer in Compromise. You will be contacted by 01/11/2020.

Please remember to continue to make your estimated tax payments for each quarter as they become due. If you do not continue to make your estimated tax payments, your offer may be returned without any further consideration.

While investigating your offer, we will determine whether a notice of federal tax lien should be filed in order to protect the government's interests. If we determine to file a notice of federal tax lien we will provide you with notification within five days of the filing. You will have the opportunity to request a hearing with Appeals at which you may propose alternative methods for protecting the government's interest.

If you have any questions, please contact the person whose name and telephone number are shown in the upper right hand corner of this letter.

Sincerely,

Ms. Fusci
Process Examiner Manager

Enclosure:
Publication 594
Publication 1
Copy of this letter

SB Letter Combination (3-2017)