

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

OFFICE OF
CHIEF COUNSEL

MAY 3 1 2019

Rahul Manchanda
30 Wall Street, 8th Floor, Suite 8207
New York, NY 10005

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Re: Federal tort claim for damages in the amount of $100,000,000.00; IRS Claim No. 19-080; GLS-108391-19

Dear Mr. Manchanda:



was filed under the denied.

from tax assessment and essment or collection of ifically barred under the s of emotional distress the 28 U.S.C. § 2680(c)

at 28 U.S.C. § 2680(h) libel, slander, deceit and

enied.

request for suit against the United months after the date of the mailing of this notification. 28 U.S.C. § 2401(b); 28 U.S.C. § 2675(a); 28 C.F.R. § 14.9(a).

Claims Management
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
Julie Barry, Chief
Claims, Labor & Personnel Law Branch
1111 Constitution Avenue, NW, Room 6404
Washington, DC 20224
Tele: 202-317- 6999
Fax: 877-487- 4695



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

OFFICE OF
CHIEF COUNSEL

MAY 3 1 2019

Rahul Manchanda
30 Wall Street, 8th Floor, Suite 8207
New York, NY  10005

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Re: Federal tort claim for damages in the amount of $100,000,000.00; IRS Claim No. 19-080; GLS-108391-19

Dear Mr. Manchanda:

This is to inform you that the damage claim referenced above, which was filed under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b), 2671-2680, is denied.

An analysis of the facts in this claim determined that your claim arises from tax assessment and collection issues. FTCA claim allegations arising in respect of the assessment or collection of any tax are broadly construed by the courts and such claims are specifically barred under the statutory provisions of the FTCA found at 28 U.S.C. § 2680(c). Claims of emotional distress arising from the assessment or collection of taxes are also barred by the 28 U.S.C. § 2680(c) exception.

Your claim is also barred under the FTCA statutory provisions found at 28 U.S.C. § 2680(h) which bars claims alleging such things as assault, abuse of process, libel, slander, deceit and misrepresentation.

Because your claim is barred by the statute, your claim is therefore denied.

Should you wish to contest this decision and choose to forego filing a request for reconsideration as provided in 28 C.F.R. § 14.9(b) first, you may file suit against the United States in the appropriate United States District Court no later than six months after the date of the mailing of this notification. 28 U.S.C. § 2401(b); 28 U.S.C. § 2675(a); 28 C.F.R. § 14.9(a).

Claims Management
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
Julie Barry, Chief
Claims, Labor & Personnel Law Branch
1111 Constitution Avenue, NW, Room 6404
Washington, DC  20224
Tele: 202-317-6999
Fax: 877-487-4695

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rahul Manchanda
30 Wall St., 8th floor, Suite 8207
New York, NY 10005

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Jasmin Juarez ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) Jasmin Juarez
C. Date of Delivery 6/3/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7018 2290 0001 9817 1868

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



