```
Subject: COMPLAINT ABOUT HOLTSVILLE OFFER IN COMPROMISE UNIT & IRS OFFICES IN
KANSAS CITY MO AND PHLADELPHIA PA
From: "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
Date: 6/4/2020, 12:26 PM
To: Complaints@tigta.treas.gov
CC: rdm@manchanda-law.com
```

Hon Secretary of the U.S. Treasury Steve Mnuchin
Department of the Treasury/Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Treasury Inspector General for Tax Administration
Hotline
P.O. Box 589
Ben Franklin Station
Washington, DC 20044-0589

RE: **COMPLAINT ABOUT HOLTSVILLE OFFER IN COMPROMISE UNIT & IRS OFFICES IN KANSAS CITY MO AND PHLADELPHIA PA**

As per the attached, I am getting harassed and played tennis with, by and between the IRS Offer in Compromise Unit by "J. Patton - Employee No 018214" and "Ms. Fusci - Process Examiner Manager" of the IRS, Centralized OIC Unit, PO Box 9011, Stop 682, Holtsville NY 11742 who issued me an Offer in Compromise pending case index no 1001573550 since September 13, 2019, who are by and large ignoring and not communicating regarding my pending OIC, even when the IRS Tonya Williams-Wallace, Operations Manager, AM OPs 1 is violating this pending OIC by sending me various harassing collections letters as recently as March 5, 2020 from IRS Offices located at Stop 6525 (AM CIS), Kansas City MO 64999-0025 and/or 2970 Market Street, Philadelphia PA 19104, for my social security number 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.

When one calls these idiots (OIC Unit is 844-805-4980 and Kansas City MO IRS number is 800-829-0922) one is left holding all day, until someone picks up phone and then has no idea what to do, or say, about your case and matters.

Hence the complaint to your office to investigate and advise.

Please urgently advise (1) if my OIC is still pending or not, and (2) what my current owed aggregate tax bill is.

```
--
Kind regards,

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
```

```
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: http://manchanda-law.com/attorney-profiles/
```

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged :

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/opera

— Attachments: —

CONFUSING IRS CORRESPONDENCE DEMANDING 2019 TAXES DUE ALONG WITH PENDING OIC LETTER.pdf          1.1 MB

From: *TIGTA OIT CRM PR Email CRM_PR_Email@tigta.treas.gov
Subject: TRN-2006-0183 | Complaint Filed
Date: Jun 8, 2020 at 2:13:01 PM
To: MANCHANDA, RAHUL rdm@manchanda-law.com

Dear RAHUL MANCHANDA,

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. **To ensure compliance with applicable disclosure laws and regulations, this office CANNOT respond to telephonic requests for status or other information about your complaint.**

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at http://www.ustreas.gov/tigta/important_foia_mafr.shtml. FOIA requests must be signed and submitted by fax at (202) 622-3339, e-mail to FOIA.Reading.Room@tigta.treas.gov, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 1401 H Street, N.W., Room 469, Washington, DC 20005.

*This is a system generated email, please do not reply directly to this email.

*Andrea Risko*
*Special Agent*
*Treasury Inspector General for Tax Administration*
*1040 Waverly Avenue, Stop 901*
*Holtsville, New York 11742*

Hello Special Agent Andrea Risko:

It was good to speak to you this past week regarding my recent TIGTA complaints against the IRS and OIC Unit located in Holtsville NY, Philadelphia PA and Kansas City MO.

I am also attaching copies of the NY Supreme Court lawsuit that I filed last year which as we discussed resulted in Offer in Compromise settlements finally approved for both NYC and NYS.

However the issue of my IRS tax liability from approximately 2007 to present is still unresolved and was due to lack of jurisdiction by the NY Supreme Court.

Please let's avoid a new lawsuit in federal court (or a new FTCA Form 95) by

    (1) confirming if my current September 13, 2020 Offer in Compromise is still pending and

    (2) what dollar number the IRS can live with to settle my outstanding tax debt.

**_We will provide you seven (7) days before we take additional legal and equitable action, for a response thereto._**

Also cc'ed is my CPA Marc Albaum, and my Of Counsel Robert Androsiglio, Family Attorney Dominic Sarna, and Bankruptcy Attorney Julio Portilla, who are all keenly and intimately aware of the problems that we have faced with regards to the IRS and its various OIC Unit(s).

**Kind regards,**

**Rahul D. Manchanda, Esq.**
**Manchanda Law Office PLLC**

30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: http://manchanda-law.com/attorney-profiles/

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/operating

On 6/5/2020 3:40 PM, Risko Andrea TIGTA wrote:
> Good afternoon,

As requested, I will call you back at 646-645-0993 at 4:00 pm today regarding the information provided by you to our office. Thank you.

Regards,
Andrea

*Andrea Risko*
*Special Agent*
Treasury Inspector General for Tax Administration
1040 Waverly Avenue, Stop 901
Holtsville, NewYork 11742

| pdf | pdf | pdf |
|---|---|---|
| FTCA FOR...CLAIM.pdf | TAX LAWS...ERVICE.pdf | SUMMONS...HIBITS.pdf |
| 1.2 MB | 2.5 MB | 6.6 MB |