UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Feb. 22, 2022__
```

-----------------------------------------------------------------x

**RAHUL MANCHANDA,**

       **Plaintiff,**

 -against-

**INTERNAL REVENUE SERVICE, ET AL.,**

       **Defendants.**

-----------------------------------------------------------------x

**1:20-CV-10745-ALC**

**ORDER TO STRIKE**

**ANDREW L. CARTER, JR., United States District Judge:**

 Though labeled a "Motion to Stay," the motion filed by Plaintiff Rahul Manchanda ("Plaintiff") on February 16, 2022 appears to be a motion for sanctions against Defendants. ECF No. 38. Pursuant to my Individual Rules, Plaintiff was required to file a pre-motion conference request in connection with this type of motion—whether a motion to stay or motion for sanctions.

 Accordingly, the Clerk of Court is respectfully instructed to strike the motion at ECF No. 38. A pre-motion conference request may be filed if Plaintiff still intends to pursue the stricken motion.

**SO ORDERED.**

Dated: **Feb. 22, 2022**
    **New York, New York**

              _____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**